MINUTE ENTRY
MOORE, M.J.
OCTOBER 5, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO: 00-280 |
| KENNY LUCAS | SECTION "N" |

**INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION**

APPEARANCES:  X  DEFENDANT WITH/~~WITHOUT~~ COUNSEL _____
                 X  ASSISTANT U.S. ATTORNEY  JOHN MURPHY
                 X  PROBATION OFFICER  MICHAEL FULHAM
                 ___ INTERPRETER _____ SWORN
                     (TIME:       .M  to       .M)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ  ~~SUMMARIZED~~  WAIVED

__ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__ / BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__ / DEFENDANT RELEASED ON BOND
__ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
*October 13, 2006 at 10:00 A.M.*
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
*October 10, 2006 at 2:00 P.M.*
X / **RULE TO REVOKE SUPERVISED RELEASE WILL BE SET BEFORE UNITED STATES DISTRICT JUDGE KURT ENGELHARDT**

Fee____
Process____
X Dktd____
  CtRmDep____
__ Doc. No____

MJSTAR:  :08