# United States District Court

## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 12 AM 8:16

LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA

V.

KENNY KINDELL LUCAS

**WARRANT FOR ARREST**

CASE NUMBER: CR 00-280 "N"

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Kenny Kindell Lucas, 502 Commerce Street, Gretna, LA 70056**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment    ( ) Information    ( ) Complaint    ( ) Order of Court    ( ) Probation Violation Petition    (X) Supervised Release Violation Petition    ( ) Violation Notice

charging him or her with Alleged Violations of Supervised Release

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

Signature of Issuing Officer
(By) Deputy Clerk

**October 4, 2006   New Orleans, Louisiana**
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

___ Fee
___ Process
_X_ Dkt
___ CtRmDep
___ Doc. No.

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 500 Poydras, New Orleans LA | | |
| DATE RECEIVED 10/4/06 | NAME AND TITLE OF ARRESTING OFFICER L. Lamm DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 10/4/06 | | |