MINUTE ENTRY
OCTOBER 10, 2006
SHUSHAN, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-280 |
| KENNY LUCAS | SECTION: N |

**DETENTION HEARING**

PRESENT:   X/DEFENDANT

X/COUNSEL FOR THE DEFENDANT   CJA/(FPD:) Roma Kent
500 Poydras St. New Orleans LA 70130

X/ASST. U.S. ATTORNEY  JOHN MURPHY

__/INTERPRETER _____
(Interpreter designated by the Court and sworn. Time ____ M. to ____ M.)

X/GOVERNMENT WITNESS(ES) Mike Fulham, sworn and testified.

X/DEFENSE WITNESS(ES) Veronica Sanders, sworn and testified

MJSTAR: 1:00

___ Fee
___ Process
X  Pkid
✓  CRmDep
___ Doc. No.

KENNY LUCAS                                    00-280N
DEFENDANT                                      CASE NO.

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

_X_/ DEFENDANT IS ENTITLED TO RELEASE. BOND SET AT

Unsecured $5,000.00

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

3) subject to home detention with electronic monitoring, 4) maintain employment, 5) report to Probation 8) refrain from firearms or other dangerous weapons and 6) refrain from alcohol

_X_/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

___/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL BOND IS PERFECTED.

___/ DEFENDANT IS NOT ENTITLED TO RELEASE.

___/ DEFENDANT IS ORDERED DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

___/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

___/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.

___/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.

___/THE DEFENDANT WAIVED/STIPULATED TO DETENTION RESERVING HIS/HER RIGHT TO REOPEN

___/ OTHER: _____