# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 OCT 12 AM 8:06
LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA

v.

## APPEARANCE BOND

**KENNY LUCAS**
Defendant

CASE NUMBER: 00-280N

(Non-surety) I, the undersigned defendant acknowledge that I and my...
Surety: We, the undersigned, jointly and severally acknowledge that we and our...
personal representatives, jointly and severally, are bound to pay to the United States of American the sum of $ 5,000.00 , and there has been deposited in the Registry of the Court the sum of $ _____ in cash or _____ (describe other security.)

The conditions of this bond are that the defendant **KENNY LUCAS** (name) is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond or any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on 10/10/06 (Date) at New Orleans, Louisiana (Place).

Defendant. *Kenny Lucas*   Address. 500 Commerce St

Surety. _____   Address. Gretna La, 70056

Surety. _____   Address. _____

Signed and acknowledged before me on 10/10/06 (Date)

Approved: _____ Judicial Officer

Judicial Officer/Clerk
U.S. MAGISTRATE JUDGE
500 POYDRAS STREET - HALE BOGGS BUILDING
NEW ORLEANS, LA 70130

___ Fee _____
___ Process _____
X Dkrd
✓ CtRmDep
___ Doc. No. _____

AO 98 (Rev. 8/85) Appearance Bond - PAGE 2 OF 2

UNITED STATES OF AMERICA V. KENNY LUCAS
CASE NUMBER: 00-280 "N"

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at _____

_____; and that my net worth is the sum

of _____ dollars ($_____).

I further state that

_____
Surety

Sworn to before me and subscribed in my presence on _____
                                                                  Date

at   UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, NEW ORLEANS, LA   .
    Place

United States Magistrate Judge
Name and Title                                    Signature of Judicial Officer/Clerk

======================================================================

I, the undersigned surety, say that I reside at _____

_____; and that my net worth is the sum of _____

_____ dollars ($_____).

I further state that

_____
Surety

Sworn to before me and subscribed in my presence on _____
                                                                  Date

at   UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, NEW ORLEANS, LA.   .
    Place

U.S. MAGISTRATE JUDGE
Name and Title                                    Signature of Judicial Officer/Clerk

Justification Approved: _____
                         Judicial Officer