FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -6 AM 10: 24

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-280 |
| v. | * | SECTION: "N" |
| KENNY KINDELL LUCAS | * | |

\* \* \*

## RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and respectfully represents:

**I.**

On February 7, 2001, defendant, KENNY KINDELL LUCAS was sentenced for violating Title 21, United States Code, Section 841(a)(1), by the Honorable Edith Brown Clement.

**II.**

Details of the defendant's sentence and supervised release are set forth in Exhibit "A" attached hereto and made a part hereof by reference.

**III.**

Defendant has violated the terms of his supervised release in the manner set forth in Exhibit "A" attached hereto and made part hereof by reference.

**WHEREFORE**, the Government prays that the defendant, KENNY KINDELL LUCAS, be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause, on the 25th day of October, 2006, at 9:30 a.m., before United States District Court Judge Kurt D. Englehardt, at the United States District Court, 500 Poydas Street, C-351, New Orleans, Louisiana, why his supervised release should not be revoked.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

JOHN F. MURPHY
Assistant United States Attorney
Louisiana Bar Roll No. 26203
Hale Boggs Federal Building
500 Poydras Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3126

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this _6_ day of Oct., 20_06_.

Assistant United States Attorney

2