Prob12C (7/93)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -4  AM 7: 53

LORETTA G. WHYTE
CLERK

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** KENNY KINDELL LUCAS    **Case Number:** 053L 2:00CR00280-001

**Name of Sentencing Judicial Officer:** Honorable Edith Brown Clement*

*Reallotted to the Honorable Kurt D. Englehardt

**Offense:** 21 U.S.C. 841(a)(1) - Distribution of cocaine base

**Date of Sentence:** February 07, 2001

**Sentence:** 54 months in the custody of the Bureau of Prisons, to be followed by a five year term of supervised release as to each count, concurrent. A $200.00 special assessment was also imposed. (Lucas was originally sentenced to 70 months in the custody of the Bureau of Prisons. On April 25, 2002, Lucas' sentence was reduced to 54 months.)

**Special Conditions:**

1. Financial disclosure
2. Orientation and life skills
3. Drug testing/treatment
4. Denial of federal benefits for five years

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** March 05, 2004

**Assistant U.S. Attorney:** John Murphy    **Defense Attorney:** Ken Dohre

---

### PETITIONING THE COURT

[ X ] To issue a warrant    [ ] To issue a summons

For the arrest of Kenny Kindell Lucas for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition: | On January 25, 2005, Lucas submitted a urinalysis to personnel of the Methodist Counseling Center which tested positive for hydromorphone. Lucas admitted to taking vicodin that was prescribed to his mother. |
| | On May 10, 2006, and August 2, 2006, Lucas reported to the U.S. Probation Office and submitted urinalyses which tested positive for cocaine. Lucas admitted to using cocaine. |
| n No. 2: | Lucas has not completed the orientation and life skills program. On August 17, 2004, and September 14, 2004, Lucas failed to report for |

___ Fee ___
✓ Process ___
X Dktd ___
✓ CtRmDep ___
___ Doc. No. ___

|  |  |
|---|---|
|  | scheduled life skills sessions which would have satisfied this condition. |
| Special Condition No. 3: | On September 6, 2004, Lucas failed to report to the Methodist Counseling Center for an unscheduled urinalysis. |
| Standard Condition No. 3: | Lucas failed to submit his monthly supervision reports in a timely manner. On February 9, 2006, Lucas submitted his July 2005 through January 2006 monthly reports. |
|  | Lucas failed to report to the U. S. Probation Office on the following dates: September 6, 2006, September 11, 2006, September 18, 2006, and September 26, 2006. |

**CUSTODIAL STATUS:**

None.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 28, 2006

_Michael E. Fulham_
Michael E. Fulham
Senior U.S. Probation Officer

REVIEWED BY:

_Matthew G. Arseneaux_
Matthew G. Arseneaux
Supervising U. S. Probation Officer

---

**THE COURT ORDERS**

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Signature of Judicial Officer_

October 3, 2006
Date

CLERK'S OFFICE
A TRUE COPY
OCT 4 2006
Deputy Clerk, U. S. District Court
Eastern District Of Louisiana
New Orleans, La.

Address of Offender:   502 Commerce Street
                       Gretna, LA 70056

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
   Original       - Clerk's Office
   1 Copy Certified  - U.S. Attorney
   1 Copy Certified  - U.S. Marshal's Office
   2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING