UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 12  AM 8: 11

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-280 |
| v. | * | SECTION: "N" |
| KENNY KINDELL LUCAS | * | |

* * *

## O R D E R

Considering the foregoing Rule to Revoke Supervised Release;

IT IS HEREBY ORDERED that defendant KENNY KINDELL LUCAS show cause before the Court at 9:30a .m., on the 25th day of October, 2006, why supervised release granted to him on March 5, 2004 should not be revoked.

New Orleans, Louisiana, this 11th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE