UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 00-280 |
| KENNY KINDELL LUCAS | * | SECTION: "N" |

**MOTION AND INCORPORATED MEMORANDUM**
**TO CONTINUE HEARING ON RULE TO REVOKE SUPERVISED RELEASE**

**NOW COMES** the defendant Kenny Kindell Lucas, who through undersigned counsel, respectfully requests that this Honorable Court grant his motion to continue the hearing on the Government's Rule to Revoke Supervised Release, which is presently set for Wednesday, October 25, 2006. The reasons for this motion are set forth below.

1. On October 5, 2006, the defendant was arrested and made his first appearance before the Honorable Louis Moore, United States Magistrate Judge. The Federal Public Defender's office was appointed to represent the defendant.

2. On October 10, 2006 after a hearing before the Honorable Sally Shushan, United States Magistrate Judge, the defendant was released on a $5000.00 personal

appearance bond, with the special condition that he reside at his mother's residence in Gretna under electronic monitoring, except to go to work.

3. The defendant is working at Beverly Industries in Westwego, as a truck driver. United States Probation Office Michael Fulham has indicated that the defendant has been in compliance with the terms of his release. Mr. Fulham has noted that although drug treatment would be appropriate in this case, he has not enrolled Mr. Lucas in any programs because of the short date for the hearing. Mr. Fulham, who has no objection to a continuance of the revocation hearing, suggested that it would be more feasible to enroll defendant in such a program if there were more time for him to be able to participate.

4. Assistant United States Attorney John Murphy has been apprized of this motion and has no objection to the continuance of the hearing.

**WHEREFORE,** the defendant Kenny Kindell Lucas respectfully requests that this Honorable Court grant his motion for a continuance of the revocation hearing and reset it for a date sometime in early December, 2006.

Respectfully submitted, this  20th  day of October, 2006.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender


 /s/ Roma Ajubita Kent
ROMA AJUBITA KENT
Assistant Federal Public Defender
318 Hale Boggs Building
500 Poydras Street
New Orleans, LA  70130
Telephone:  (504) 589-7930
Bar Roll Number:  01459
e-mail: roma_kent@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on October  20 , 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:  John Murphy, Assistant United States Attorney, 500 Poydras Street, New Orleans, Louisiana 70130.  I further certify that I mailed the foregoing document and the notice of electronic filing by hand delivery to the following non-CM/ECF participants: Michael Fulham, United States Probation Officer, at 500 Poydras Street, New Orleans, Louisiana 70130, and by first-class mail to Kenny Kindell Lucas, 500 Commerce Street, Gretna, LA 70056.

       /s/ Roma Ajubita Kent
      ROMA AJUBITA KENT
      Assistant Federal Public Defender