UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 00-280 |
| VERSUS | SECTION "N" |
| KENNY LUCAS | VIOLATION: 21:841(a)(1) |

NOTICE OF RULE TO REVOKE SUPERVISED RELEASE

Take Notice that this criminal case has been set for RULE TO REVOKE SUPERVISED RELEASE on OCTOBER 25, 2006 AT 9:30 A.M., before Judge Kurt D. Engelhardt, Courtroom C-351, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

LORETTA G. WHYTE, CLERK

Date: October 18, 2006

Issued by P. Radosta
Deputy Clerk

TO:
KENNY LUCAS
500 Commerce St
Gretna, LA  70056

AUSA:  John Murphy

U.S. Marshal
U.S. Probation Officer

Roma Kent

U.S. Pretrial Services

**If you change address, notify clerk of court by phone,** 589-7683

**JUDGE**