UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. 00-280 |
| v. | * | SECTION: "N" |
| **KENNY KINDELL LUCAS** | * | |

\* \* \*

## AMENDED RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and respectfully represents:

I.

Mr. Lucas is scheduled to appear before this Honorable Court on Wednesday, October 25, 2006, at 9:30 a.m. to answer a Rule to Show Cause Why Supervised Release Should Not be Revoked. The allegations set out in the Rule to Revoke Supervised Release previously filed are incorporated by reference as if fully repeated herein.

II.

The United States Probation Office has informed the undersigned Assistant United States Attorney of additional violations committed by the defendant and the government respectfully moves this Court to add the following to this Rule to Revoke Supervised Release:

On October 4, 2006, Lucas submitted a urinalysis to personnel at the United States Probation Office, which tested positive for cocaine. Lucas admitted to using cocaine.

**WHEREFORE**, the government prays that the Rule to Revoke Supervised Release previously filed be amended accordingly.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY


 s/John F. Murphy
JOHN F. MURPHY
Assistant United States Attorney
Louisiana Bar Roll No. 26203
Hale Boggs Federal Building
500 Poydras Street, Second Floor
New Orleans, Louisiana  70130
Telephone:  (504) 680-3126


**CERTIFICATE OF SERVICE**

I certify that on this 23rd day of October, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to Roma Kent.

s/John Murphy
John Murphy
Assistant United States Attorney
John.Murphy2@usdoj.gov