UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 00-280** |
| v. | * | SECTION: "N" |
| **KENNY KINDELL LUCAS** | * | |
| | * * * | |

**O R D E R**

**IT IS HEREBY ORDERED** that the Rule to Revoke Supervised Release previously filed regarding defendant, KENNY KINDELL LUCAS, be and is hereby amended, by including the representations contained in the attached.

New Orleans, Louisiana, this _____ day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE