FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 24  AM 6: 56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 00-280 |
| KENNY LUCAS | * | SECTION: "N" |

### ORDER

Considering the foregoing,

**IT IS ORDERED** that the defendant's motion to continue the hearing on the Government's Rule to Revoke Supervised Release is hereby granted, and,

**IT IS FURTHER ORDERED** that the hearing on the Rule is hereby reset for the _____ day of _____, 2006, at _____ A. M.

*DENIED*

New Orleans, Louisiana, this 23rd day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____