FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 24  PM 4: 53

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-280 |
| v. | * | SECTION: "N" |
| KENNY KINDELL LUCAS | * | |

* * *

### ORDER

**IT IS HEREBY ORDERED** that the Rule to Revoke Supervised Release previously filed regarding defendant, KENNY KINDELL LUCAS, be and is hereby amended, by including the representations contained in the attached.

New Orleans, Louisiana, this 23rd day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____