MINUTE ENTRY
ENGELHARDT, J.
OCTOBER 25, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
|---|---|
| VERSUS | NO. 00-280 |
| KENNY LUCAS | SECTION "N" |

### JUDGE KURT D. ENGELHARDT PRESIDING

**WEDNESDAY, OCTOBER 25, 2006 AT 9:30 AM**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER:   Vic DiGiorgio

APPEARANCES: John Murphy, AUSA
             Roma Kent, FPD
             Michael Fulham, USP

**RULE AND AMENDED RULE TO REVOKE SUPERVISED RELEASE:**

Defendant present.
Stipulations entered.
Government calls: <u>Michael Fulham</u>, sworn & testifies.
Defendant calls: <u>Kenny Kindell Lucas</u>, sworn & testifies.
Court finds that the defendant has violated the terms and conditions of his term of his supervised release.
See Judgment Revoking Supervised Release in the record.
Defendant released pending self-surrender on Monday, November 13, 2006.

JS-10: 1:20