FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 26 PM 12:05

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VS | NO: 053L 2:00CR00280-001 |
| KENNY KINDELL LUCAS | SECTION: N |

ORDER TO SURRENDER

**IT IS HEREBY ORDERED** that Kenny Kindell Lucas, the defendant, having been sentenced in the above case to the custody of the Bureau of Prisons, is hereby ordered to surrender himself to the designated institution on or before _12 noon_ on _November 13, 2006_.

**IT IS FURTHER ORDERED** that the Probation Officer of this Court advise the defendant of the name and location of the institution in which he is to serve his sentence within a reasonable period of time prior to the time and date that he is to report to the institution.

New Orleans, Louisiana, this _25th_ day of _October_ 200_6_.

_____
United States District Judge

___ Fee
_✓_ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

Acknowledgment:

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine, or both.

_____          _____
(Attorney/Witness)                                (Defendant)

Distribution:
   Original - Clerk's Office
   1 Certified Copy   - United States Attorney's Office
   1 Certified Copy   - United States Marshal's Office
   2 Certified Copies - United States Probation Office