UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 00-280 |
| KENNY KINDELL LUCAS | * | SECTION: "N" |

**MOTION AND INCORPORATED MEMORANDUM**
**TO STAY IMPOSITION OF SENTENCE**

**NOW COMES** the defendant Kenny Kindell Lucas, who through undersigned counsel, respectfully requests that this Honorable Court grant his motion to stay the imposition of the sentence of 27 months in the custody of the Bureau of Prisons, which was imposed on October 25, 2006, following the hearing on the Government's Rule to Revoke Supervised Release.  The reasons for this motion are set forth below.

1. On October 5, 2006, the defendant was arrested on the probation office's Petition and made his first appearance before the Honorable Louis Moore, United States Magistrate Judge.

2. On October 10, 2006, after a hearing before the Honorable Sally Shushan, United States Magistrate Judge, the defendant was released on a $5000.00 personal

appearance bond, with the special condition that he reside at his mother's residence in Gretna under electronic monitoring, except to go to work. United States Probation Office Michael Fulham testified at the revocation hearing that the defendant had been in compliance with the terms of his release.  As directed, Mr. Lucas attended his first drug treatment session.  At the hearing, he testified that he was looking forward to his first group session, scheduled for later this week.

       3. The defendant was working at Beverly Industries in Westwego, as a truck driver, but has now submitted his resignation, as a result of the concerns expressed this Court at the revocation hearing.  He has obtained employment as a laborer with Lawson's Construction.   (Please see attached letter.)

       4. In the Judgment Revoking Supervised Release, this Court found that the defendant had unlawfully possessed a controlled substance. This Court found that revocation of there defendant's supervised release and imprisonment was mandatory pursuant to 18 U.S.C. §3583(g)(1).  This Court then found that there were no factors to support an exception to the mandatory revocation and imprisonment.  This Court noted that the defendant would benefit from the Residential Drug Treatment Program, offered by the Bureau of Prisons.

       5. An exception is offered to mandatory revocation in Application Note 6, following U.S.S.G § 7B1.4.   If a defendant fails a drug test, "the court shall consider whether the availability of appropriate substance abuse programs... warrants an exception from the requirement of mandatory revocation and imprisonment." The probation office has

employed the services of Clearview Recovery Center in Moselle, Mississippi, but the defendant had not been offered the opportunity to participate in the thirty-day in-patient program. There are two primary conditions to enrollment in the in-patient program: first, that the defendant be clean or test negative for the presence of any controlled substances; second, that he be physically able to participate in the program. Mr. Lucas attends intensive drug aftercare at Family Services, which was an original condition of his bond. He is tested regularly and is consistently negative for the presence of illicit narcotics.

      6. Mr. Lucas respectfully requests that he be allowed to participate in the thirty-day in-patient program offered by the probation office in Clearview, Mississippi. He understands that this would be his very last chance. His family depends upon him for financial and emotional support. His very young children would be raised without him. He understand that the 27-month sentence would be immediately executed, if he were given the opportunity to go to Clearview and then he relapsed to drug usage.

**WHEREFORE,** the defendant Kenny Kindell Lucas respectfully requests that this Honorable Court give consideration to a stay of the 27-month sentence and allow him to participate in the in-patient drug treatment program at Clearview. The defendant understands that should he violate any terms of supervised release, the sentence imposed on October 25, 2006 would be immediately executed.

Respectfully submitted, this  1st  day of November, 2006.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender


 /s/ Roma Ajubita Kent
ROMA AJUBITA KENT
Assistant Federal Public Defender
318 Hale Boggs Building
500 Poydras Street
New Orleans, LA  70130
Telephone:  (504) 589-7930
Bar Roll Number:  01459
e-mail: roma_kent@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: John Murphy, Assistant United States Attorney, 500 Poydras Street, New Orleans, Louisiana 70130. I further certify that I mailed the foregoing document and the notice of electronic filing by hand delivery to the following non-CM/ECF participants: Michael Fulham, United States Probation Officer, at 500 Poydras Street, New Orleans, Louisiana 70130, and by first-class mail to Kenny Kindell Lucas, 500 Commerce Street, Gretna, LA 70056.

    /s/ Roma Ajubita Kent
ROMA AJUBITA KENT
Assistant Federal Public Defender