**Lawson's Construction**

October 27, 2006

To Whom It May Concern:

Dear Sir or Madam:

I, Tony Lawson, can verify that Kinnie Lucas is an employee for Lawson's Construction. He is employed as a laborer for my company as October 27, 2006. If you have any questions, please fell free to call me at (504) 610-7458.

Sincerely,
Tony Lawson
Owner