UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 00-280 |
| KENNY KINDELL LUCAS | * | SECTION: "N" |

**ORDER**

Considering the foregoing,

IT IS HEREBY ORDERED, that defendant's Motion to Stay Imposition of Sentence is GRANTED and the defendant be allowed to participate in the thirty-day in-patient drug program at Clearview Recovery Center.

New Orleans, Louisiana, this ___ day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE