UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV -3 PM 3: 10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| | | LORETTA G. WHYTE |
| VERSUS | * | NUMBER: 00-280 CLERK |
| KENNY KINDELL LUCAS | * | SECTION: "N" |

## ORDER

Considering the foregoing,

IT IS HEREBY ORDERED, that defendant's Motion to Stay Imposition of Sentence
~~DENIED;~~ shall
is ~~GRANTED~~ and the defendant be allowed to participate in the thirty-day in-patient drug

program at Clearview Recovery Center while on supervised release.

New Orleans, Louisiana, this 3rd day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____