UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 00-280 |
| KENNY KINDELL LUCAS | * | SECTION: "N" |

### NOTICE OF APPEAL TO THE
### FIFTH CIRCUIT COURT OF APPEALS
### FROM THE JUDGMENT OF THE DISTRICT COURT

Notice is hereby given that Kenny Kindell Lucas, defendant herein, appeals to the United States Court of Appeals from the judgment of the United States District Court, Honorable Kurt D. Engelhardt, United States District Judge. The United States District Court rendered its sentence on October 25, 2006, and the judgment was entered into the record on October 30, 2006.

According to Rule 4(b) of the Rules of Appellate Procedure, notice of appeal in a criminal case is to be timely filed with the Clerk of the District Court within ten days "after the entry of the judgment or order appealed from."

**WHEREFORE,** this Notice of Appeal is timely filed and hereby notices the court of Mr. Lucas's desire to appeal said judgment to the Fifth Circuit Court of Appeals.

Respectfully submitted this 6th day of November, 2006.

> VIRGINIA LAUGHLIN SCHLUETER
> Federal Public Defender
>
>
> /s/ Roma Ajubita Kent
> ROMA AJUBITA KENT
> Assistant Federal Public Defender
> 500 Poydras Street, Suite 318
> Hale Boggs Federal Building
> New Orleans, Louisiana 70130
> Telephone: (504) 589-7942
> Bar # 0149
> Email: roma_kent@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: John Murphy, Assistant United States Attorney, 500 Poydras Street, New Orleans, Louisiana 70130.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/ Roma Ajubita Kent
ROMA AJUBITA KENT
Assistant Federal Public Defender