**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

**OFFICE OF THE CLERK**

**Loretta G. Whyte**
**Clerk**

**500 Poydras St., Room C-151**
**New Orleans, LA 70130**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED FEB 22 2007
LORETTA G. WHYTE
CLERK

February 22, 2007

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

APPEAL NO 06-21173

IN RE: USA V KENNY LUCAS CR 00-280 N

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

___ 1) Certified copy of the notice of appeal and docket entries.

___ 2) Certified copy of notice of a cross-appeal and docket entries.

___ 3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

___ 4) This case is proceeding in forma pauperis

___ 5) Order Appointing Counsel ___ CJA-20 ___ FPD

___ 6) District Judge Entering the final judgment is___________

___ 7) Court Reporter assigned to the case__________________

___ 8) If criminal case, number and names of other defendants on appeal ______

___ 9) This case was decided without a hearing; there will be no transcript.

___ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

x 1) **Certified** Electronic Copy of Record on appeal:

___ Volume(s) of record ___ Volume(s) of transcript

___ Volume(s) of depositions

___ Container(s) of exhibits ___ Box ___ Envelope

___ 2) Supplemental record consisting of __________

___ 3) SEALED DOCUMENT _______________

___ 4) Other:_________________________

___ Fee________
___ Process________
X Dktd________
___ CtRmDep________
___ Doc. No.________

Very truly yours,

By Alicia Phelps
Deputy Clerk