COURT RECORD LOAN FORM
(Please Print)

THIS PORTION REMAINS WITH COURT RECORDS

No. 00-280 "N"   Short Title: USv. Kenny Lucas   Date: 2-23-07

To: Robin E. Schulberg - FPD
Name

Address: 500 Poydras St.

Ste. 318 HB

City: NO   State: LA   Zip: 70130

Documents Enclosed:
☑ Record Vols. 2
☐ Exhibits
☐ Supp. Record Vols.
☐ Second Supp. Record Vols.
☐ Third Supp. Record Vols.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  FEB 23 2007
LORETTA G. WHYTE
CLERK

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES

Attorney Return   SEND RECORD WITH BRIEF OF APPELLEE TO 5th Circuit - Complete the shaded area below and return this form to the 5th Circuit along with the documents

To:   Clerk, 5th Circuit

☐ Record Vols. _____
☐ Supp. Record Vols. _____
* ☐ Exhibits ☐ _____

Records above listed are returned to Clerk.
Attorney Name: _____
Date: _____

--- THIS PORTION REMAINS WITH COURT RECORDS ---

Clerk's Receipt   To be completed by 5th Circuit Clerk's office and forwarded to person in previous section   >< Cut Here

To _____   Short Title _____

☐ Record Vols. _____
☐ Supp. Record Vols. _____
* ☐ Exhibits ☐ _____

Records in above case have been received by Clerk
Name: _____
Date: _____

District _____

Attorney Forwarding Receipt   >< Cut Here   If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office

_____ Short Title _____

To   Clerk, U.S. District Court

☐ Record Vols. _____
☐ Supp. Record Vols. _____
* ☐ Exhibits ☐ _____

Records in above case forwarded to
Attorney Name: _____
Address: _____
City, State, Zip: _____
Signed _____ Date _____

District _____

Attorney Receipt   >< Cut Here   The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents

_____ Short Title _____

To   Clerk, U.S. District Court

☐ Record Vols. _____
☐ Supp. Record Vols. _____
* ☐ Exhibits ☐ _____

Records in above case listed received
Judge/Attorney Name: _____
Date: _____

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____