U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED APR - 2 2007

LORETTA G. WHYTE
CHARLES R. FULBRUGE III
CLERK

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 30, 2007

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 06-31173 USA v. Lucas
        USDC No. 2:00-CR-280

The court has granted the motion to supplement or correct the record in this case.

        Sincerely,

        CHARLES R. FULBRUGE III, Clerk

    By: _Shea E. Pertuit_
        Shea Pertuit, Deputy Clerk
        504-310-7666

Ms Roma A Kent
Mr Stephen A Higginson
Ms Loretta Whyte, Clerk

MOT-2

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___