

**U.S. DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA

FILED  APR 27 2007

LORETTA G. WHYTE
CLERK

torney Forwarding Receipt     ⌐ Cut Here
If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office

00-280 "N" Short Title __U.S. v. Kenny Lucas__    ☒ Record Vols: __2__
                                                   ☐ Supp. Record Vols _____
To Clerk, U S District Court                       ☐ Exhibits ☐ _____

Records in above case forwarded to
Attorney Name: __John Murphy__
Address: __500 Poydras St #210B__
City, State, Zip: __N.O. LA 70130__
Signed __Sharon Johnson__ Date: __4/20/07__

rney Receipt    ⌐ Cut Here
The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents

_____ Short Title _____

To Clerk, U S District Court

☐ Record Vols _____      Fee _____
☐ Supp. Record Vols _____ Process _____
☐ Exhibits ☐ _____       X Dktd _____
                          CtRmDep _____
Records in above case listed      Doc. No. _____
Judge/Attorney Name _____
Date _____

Fee
Process
X Dktd
CtRmDep
Doc. No.