U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  SEP 2 4 2007

LORETTA G. WHITE
CLERK

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 30, 2007

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 06-31173  USA v. Lucas
        USDC No. 2:00-CR-280

The court has granted Appellant's unopposed motion to supplement the record in this case.

        Sincerely,

        CHARLES R. FULBRUGE III, Clerk

    By: _Shea E. Pertuit_
        Shea Pertuit, Deputy Clerk
        504-310-7666

Ms Roma A Kent
Mr Stephen A Higginson

MOT-2

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____