IN THE

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

*U.S. COURT OF APPEALS RECEIVED MAR 29 2007 NEW ORLEANS, LA.*

No. 06-31173

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KENNY LUCAS

Defendant-Appellant.

*U.S. COURT OF APPEALS FILED MAR 29 2007 CHARLES R. FULBRUGE III CLERK*

**APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

### UNOPPOSED MOTION TO SUPPLEMENT RECORD

Defendant-appellant Kenny Lucas moves this Court to supplement the record with his indictment, a copy of which is appended hereto. Defense counsel contacted Assistant United States Attorney John Murphy, who does not object to this motion.

*The Opposed / (Unopposed) Motion to supplement the record is (Granted) in Part / Denied*

*[signature] 3/30/07*

Respectfully submitted this 29th day of March, 2007.

                            VIRGINIA LAUGHLIN SCHLUETER
                            Federal Public Defender

                            */s/ Roma Ajubita Kent*
                            ROMA AJUBITA KENT
                            Assistant Federal Public Defender
                            ROBIN E. SCHULBERG
                            Research and Writing Specialist
                            500 Poydras Street, Suite 318
                            Hale Boggs Federal Building
                            New Orleans, Louisiana 70130
                            Telephone: (504) 589-7930

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on John Francis Murphy and Stephen A. Higginson, Assistant United States Attorneys, 500 Poydras Street, 2nd Floor, New Orleans, Louisiana 70130, by hand-delivering same, this 29th day of March, 2007.

                                                        ROMA AJUBITA KENT
                                                        Assistant Federal Public Defender

base ("crack"), a Schedule II narcotic drug controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

## NOTICE OF FORFEITURE

The allegations of Counts 1 and 2 of this indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

As a result of the offenses alleged in Counts 1 and 2, the defendant, **KENNY LUCAS**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violation alleged in Counts 1 and 2.

If any of the property subject to forfeiture as a result of any act or omission of the defendant **KENNY LUCAS**:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

_____
FOREPERSON

_____
EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY
Bar Roll No. 1450

_____
WALTER F. BECKER, JR.
Assistant U.S. Attorney
Chief, Criminal Division
Bar Roll No. 1685

_____
JOHN F. MURPHY
Assistant U.S. Attorney

New Orleans, Louisiana
September 14, 2000

3

No. _____

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### THE UNITED STATES OF AMERICA

vs.

### KENNY LUCAS

---

VIOLATION: 21 USC §§ 841(a)(1) and 841(b)(1)

INDICTMENT FOR VIOLATION OF THE FEDERAL CONTROLLED SUBSTANCES ACT

---

A TRUE BILL:

_____
Foreman

Filed this ____ day of September 2000

_____
Clerk

_____
JOHN F. MURPHY, ASSISTANT U.S. ATTORNEY