

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    SEP 2 4 2007

LORETTA G. WHYTE
CLERK

CHARLES R. FULBRUGE III
CLERK

*United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 24, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

  No. 06-31173 USA v. Lucas
  USDC No.  2:00-CR-280-1

Enclosed, for the district court only, is a certified copy of the
judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's
opinion.

Record/original papers/exhibits are returned:

( 1 ) Volume ( 1 ) Envelope ( ) Boxes

The electronic copy of the record has been recycled.

    Sincerely,

    CHARLES R. FULBRUGE III, Clerk

  By: _____
    Dawn D. Victoriano, Deputy Clerk
    504-310-7717

cc: (letter only)
  Honorable Kurt D Engelhardt
  Ms Roma A Kent
  Ms Diane Hollenshead Copes

MDT-1

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No._____